# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:22−mj−00644−BJ All Defendants

Case title: USA v. Osinski                                  Date Filed: 08/09/2022
Other court case number: 2:22−CR−070−TOR Eastern District
                          of Washinton/Spokane

Assigned to: Magistrate Judge
Jeffrey L. Cureton

**Defendant (1)**

**David Joseph Osinski**          represented by  **Wes Ball**
                                                  Wes Ball Law, PLLC
                                                  4025 Woodland Park Blvd, Suite 370
                                                  Arlington, TX 76013
                                                  817/860−5000
                                                  Fax: 817/860−6645
                                                  Email: wes@wesball−law.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Retained*
                                                  *Bar Status: Admitted/In Good Standing*

**Pending Counts**                                **Disposition**

None

**Highest Offense Level
(Opening)**

None

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                    **Disposition**

8 U.S.C. §§ 1343, 1349
Conspiracy to Commit Wire
Fraud 18 U.S.C. §§ 1344, 1349
Conspiracy to Commit Bank
Fraud 18 U.S.C. § 1343 Wire

1

Fraud 18 U.S.C. § 1957 Money Laundering

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Matthew Robert Weybrecht–DOJ**<br>US Department of Justice<br>801 Cherry St<br>17th Floor<br>Fort Worth, TX 76102<br>817–252–5200<br>Fax: 817–252–5455<br>Email: matthew.weybrecht@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney's Office*<br>*Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/09/2022 | | 4 | Arrest (Rule 5) of David Joseph Osinski. Case Number 2:22–CR–070–TOR from Eastern District of Washington/Spokane. (jah) (Entered: 08/10/2022) |
| 08/09/2022 | 1 | 6 | NOTICE OF ATTORNEY APPEARANCE by Wes Ball appearing for David Joseph Osinski (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (jah) (Entered: 08/10/2022) |
| 08/09/2022 | 2 | 7 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance as to David Joseph Osinski held on 8/9/2022. Date of Arrest: 8/9/2022 on warrant from the Eastern District of Washington/Spokane Division; Atty Wes Ball entered appearance as retained counsel; Rule 5(f) admonishment given; Deft executed waiver of identity; Gov't is not moving for detention; Court Unseals Indictment; Deft executed PR bond & advised of conditions of pretrial release; o/setting conditions of pretrial release entered; Court informed Deft he would be instructed on when to appear in the prosecuting district by his Pretrial Officer or his attorney; deft released on conditions.. Attorney Appearances: AUSA – Matt Weybrecht; Defense – Wes Ball. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO Lee.) (jah) Modified on 8/10/2022 (jah). (Entered: 08/10/2022) |
| 08/09/2022 | 3 | 9 | ELECTRONIC ORDER As to David Joseph Osinski:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.<br><br>By this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating |

|  |  |  | such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/9/2022) (jah) (Entered: 08/10/2022) |
|---|---|---|---|
| 08/09/2022 | <u>4</u> | 11 | WAIVER of Rule 5(c) Hearings by David Joseph Osinski (jah) (Entered: 08/10/2022) |
| 08/09/2022 | <u>5</u> | 12 | ORDER Setting Conditions of Release as to David Joseph Osinski (1)Deft released on PR bond; Deft to next appear as directed by the Court or U.S. Probation Officer; see order for specific conditions. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/9/2022) (jah) (Entered: 08/10/2022) |

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Matthew Robert Weybrecht-DOJ (anthony.mccullough@usdoj.gov,
caseview.ecf@usdoj.gov, courtney.zak@usdoj.gov, cynthia.hood@usdoj.gov,
deborah.burson@usdoj.gov, ginger.sanchez@usdoj.gov, janise.withers@usdoj.gov,
jessica.sanchez@usdoj.gov, lauren.madere@usdoj.gov, matthew.weybrecht@usdoj.gov,
michelle.thom@usdoj.gov, rozetta.rew@usdoj.gov, usatxn.central.docketing@usdoj.gov,
victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(anne_hawley@txnd.uscourts.gov, judge_cureton_ecfdocs@txnd.uscourts.gov,
kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:14177083@txnd.uscourts.gov
Subject:Activity in Case 4:22-mj-00644-BJ USA v. Osinski Arrest - Rule 5/32.1/40
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 8/10/2022 at 10:10 AM CDT and filed on 8/9/2022

| | |
|---|---|
| **Case Name:** | USA v. Osinski |
| **Case Number:** | <u>4:22-mj-00644-BJ</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of David Joseph Osinski. Case Number 2:22-CR-070-TOR from Eastern District of Washington/Spokane. (jah)**


**4:22-mj-00644-BJ-1 Notice has been electronically mailed to:**

Matthew Robert Weybrecht-DOJ     matthew.weybrecht@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Zak@usdoj.gov, Cynthia.hood@usdoj.gov, Lauren.Madere@usdoj.gov, Rozetta.Rew@usdoj.gov, USATXN.Central.Docketing@usdoj.gov, anthony.mccullough@usdoj.gov, deborah.burson@usdoj.gov, ginger.sanchez@usdoj.gov, janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov

**4:22-mj-00644-BJ-1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by**

Case 4:22-mj-00644-BJ   Document 6   Filed 08/10/22   Page 5 of 14   PageID 10

**the federal rules.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



UNITED STATES OF AMERICA §
§
V. § NO. 4:22-MJ-644
§
DAVID JOSEPH OSINKI §

## ENTRY OF APPEARANCE OF COUNSEL

_X_ I wish to enter my appearance as retained counsel for the above-named defendant(s) in this cause.

_____ I hereby enter my appearance as appointed counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: August 9, 2022

_____
Wes Ball
4025 Woodland Park Blvd, Suite 370
Arlington, TX 76013
PH: 817/860-5000
FAX: 817/860-6645
wes@wesball-law.com

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Wes Ball (wes@wesball-law.com, wesballlaw@gmail.com), Matthew Robert
Weybrecht-DOJ (anthony.mccullough@usdoj.gov, caseview.ecf@usdoj.gov,
courtney.zak@usdoj.gov, cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov,
ginger.sanchez@usdoj.gov, janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov,
lauren.madere@usdoj.gov, matthew.weybrecht@usdoj.gov, michelle.thom@usdoj.gov,
rozetta.rew@usdoj.gov, usatxn.central.docketing@usdoj.gov, victoria.anderson@usdoj.gov),
Magistrate Judge Jeffrey L. Cureton (anne_hawley@txnd.uscourts.gov,
judge_cureton_ecfdocs@txnd.uscourts.gov, kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:14177146@txnd.uscourts.gov
Subject:Activity in Case 4:22-mj-00644-BJ USA v. Osinski Initial Appearance
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 8/10/2022 at 10:31 AM CDT and filed on 8/9/2022

| | |
|---|---|
| **Case Name:** | USA v. Osinski |
| **Case Number:** | 4:22-mj-00644-BJ |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance as to David Joseph Osinski held on 8/9/2022. Date of Arrest: 8/9/2022 on warrant from the Eastern District of Washington/Spokane Division; Atty Wes Ball entered appearance as retained counsel; Rule 5(f) admonishment given; Deft executed waiver of identity; Gov't is not moving for detention; Deft executed PR bond & advised of conditions of pretrial release; o/setting conditions of pretrial release entered; Court informed Deft he would be instructed on when to appear in the prosecuting district by his Pretrial Officer or his attorney; deft released on conditions.. Attorney Appearances: AUSA – Matt Weybrecht; Defense – Wes Ball. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO Lee.) (jah)**

**4:22-mj-00644-BJ-1 Notice has been electronically mailed to:**

Wes Ball    wes@wesball-law.com, wesballlaw@gmail.com

Matthew Robert Weybrecht–DOJ matthew.weybrecht@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Zak@usdoj.gov, Cynthia.hood@usdoj.gov, Lauren.Madere@usdoj.gov, Rozetta.Rew@usdoj.gov, USATXN.Central.Docketing@usdoj.gov, anthony.mccullough@usdoj.gov, deborah.burson@usdoj.gov, ginger.sanchez@usdoj.gov, janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov

**4:22–mj–00644–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Wes Ball (wes@wesball-law.com, wesballlaw@gmail.com), Matthew Robert
Weybrecht-DOJ (anthony.mccullough@usdoj.gov, caseview.ecf@usdoj.gov,
courtney.zak@usdoj.gov, cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov,
ginger.sanchez@usdoj.gov, janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov,
lauren.madere@usdoj.gov, matthew.weybrecht@usdoj.gov, michelle.thom@usdoj.gov,
rozetta.rew@usdoj.gov, usatxn.central.docketing@usdoj.gov, victoria.anderson@usdoj.gov),
Magistrate Judge Jeffrey L. Cureton (anne_hawley@txnd.uscourts.gov,
judge_cureton_ecfdocs@txnd.uscourts.gov, kristi_verna@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:14177148@txnd.uscourts.gov
Subject:Activity in Case 4:22-mj-00644-BJ USA v. Osinski Rule 5(f)(1) Order
Content−Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 8/10/2022 at 10:32 AM CDT and filed on 8/9/2022

| | |
|---|---|
| **Case Name:** | USA v. Osinski |
| **Case Number:** | 4:22−mj−00644−BJ |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **ELECTRONIC ORDER As to David Joseph Osinski:**

**This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.**

**By this order −− issued to the prosecution and defense counsel −− the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/9/2022) (jah)**

**4:22–mj–00644–BJ–1 Notice has been electronically mailed to:**

Wes Ball     wes@wesball–law.com, wesballlaw@gmail.com

Matthew Robert Weybrecht–DOJ     matthew.weybrecht@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Zak@usdoj.gov, Cynthia.hood@usdoj.gov, Lauren.Madere@usdoj.gov, Rozetta.Rew@usdoj.gov, USATXN.Central.Docketing@usdoj.gov, anthony.mccullough@usdoj.gov, deborah.burson@usdoj.gov, ginger.sanchez@usdoj.gov, janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov

**4:22–mj–00644–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

# United States District Court

NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | WAIVER OF RULE 5(c) HEARINGS (Excluding Probation Cases) |
| V. | § § | |
| DAVID JOSEPH OSINSKI | § | CASE NUMBER: 4:22-MJ-644 |

I, David Joseph Osinski, understand that in the Eastern District of Washington, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

_____
Defendant

August 9, 2022

_____
Defense Counsel

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 9 2022

CLERK, U.S. DISTRICT COURT
By_____
    Deputy

Case 4:22-cr-00200-P Document 15 Filed 08/10/22 Page 3 of 14 PageID 83
Case 4:22-mj-00644-BJ Document 6 Filed 08/10/22 Page 12 of 14 PageID 17
AO 199A (Rev. 12/11) Order Setting Conditions of Release                                                    Page 1 of 3 Pages

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas, Fort Worth Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID JOSEPH ~~OSINKI~~ Osinski | ) | Case No. 4:22-MJ-644 |
| Defendant | ) | |

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED AUG -9 2022 CLERK, U.S. DISTRICT COURT By____ Deputy*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____As directed by the Court or U.S. Probation Officer_____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

Case 2:22-mj-00064-RBJ Document 15 Filed 08/09/22 PageID.203 Page 13 of 14
Case 4:22-mj-00644-BJ Document 6 Filed 08/10/22 Page 13 of 14 PageID 18

AO 199B (Rev. 12/11) Additional Conditions of Release  Page _2_ of _3_ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
*Custodian*          *Date*

(X) (7) The defendant must:
( X ) (a) submit to supervision by and report for supervision to the  United States Probation Officer as directed ,
telephone number _____, no later than _____.
( X ) (b) continue or actively seek employment.
(  ) (c) continue or start an education program.
( X ) (d) surrender any passport to:  and/or any passport card to the United States Probation Office
( X ) (e) not obtain a passport or other international travel document.
( X ) (f) abide by the following restrictions on personal association, residence, or travel:  Travel restricted to the State of Texas and to and from the Eastern District of Washington for court purposes unless permission received from the US Probation Officer
( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
(  ) (h) get medical or psychiatric treatment: _____
(  ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
(  ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( X ) (k) not possess a firearm, destructive device, or other weapon.
( X ) (l) not use alcohol (  ) at all ( X ) excessively.
( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(  ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
(  ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(  ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
   (  ) (i) **Curfew.** You are restricted to your residence every day (  ) from _____ to _____, or (  ) as directed by the pretrial services office or supervising officer; or
   (  ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
   (  ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
(  ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
   (  ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( X ) (s) Not participate in any capacity in any criminal activity, associate with any person engaged in any criminal activity, or enter into, or perform under, any agreement to act as an informer for, or special agent of, any governmental agency without permission of the court.
(  ) (t) shall pay any and all fees incurred under conditions (7)(n) and/or (7)(o)

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: August 9, 2022

_____
*Judicial Officer's Signature*

JEFFREY L. CURETON, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL