# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

June 7, 2023

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Richland

Honorable Thomas O. Rice
United States District Judge
Thomas S. Foley U.S. Courthouse
PO Box 1493
Spokane, WA  99210

RE:  OSINSKI, David Joseph
Docket No.: 2:22CR00070-TOR-1
**Permission to Release Passport**

Your Honor,

As required by the conditions of his pretrial release, Mr. Osinski surrendered his passport to the U.S. Probation Office.  As the case against Mr. Osinski was dismissed on May 26, 2023, it is requested that the Court grant permission for that passport to be returned to Mr. Osinski.

If the Court requires additional information, I can be contacted at 509-574-5536.

Sincerely,

s/Linda J. Leavitt
Linda J. Leavitt
United States Probation Officer

---

**ORDER OF THE COURT:**

[ X ] **Approved**     [   ] **Disapproved**

_Thomas O. Rice_                           June 8, 2023

The Honorable Thomas O. Rice                Date
United States District Judge